IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN KALE | : | CIVIL ACTION |
| v. | : | No. 19-3562 |
| JUDGE GLENNIS HILL, et al. | : | |

## **ORDER**

AND NOW, this 19th day of November, 2019, upon careful and independent consideration of Petitioner Warren Kale's pro se Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, and after de novo review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 5) is APPROVED and ADOPTED.

2. Kale's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Document 1) is DISMISSED without prejudice.

3. Kale having failed to make a substantial showing of the denial of a constitutional right, or that reasonable jurists would disagree with this Court's ruling on Kale's claims, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

4. The Clerk of Court is DIRECTED to mark this case close.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Report and Recommendation was sent to all parties of record on September 27, 2019, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). To date, no objections have been received by the Court.